**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**FRONTO KING, LLC,**

                          **Plaintiff,**

         **-against-**

**TALAL,**

                      **Defendant.**

-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/2020

**20-cv-08035-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby ORDERED to submit a joint status report to the Court on or before October 16, 2020.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **October 2, 2020**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**