```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 2, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Fronto King, LLC,
                       **Plaintiff,**

      -against-                                **20-CV-8035-ALC**

Anbar Talal d/b/a Fronto Leaf Master
d/b/a Fronto Master,                      **ORDER**
                      **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff counsels' motions to withdraw. ECF Nos. 52-54, 55-57. Both motions indicate that Plaintiff, a limited liability company (LLC), "is in the process of retaining substitute counsel." *Id.* To date, the Court has not been informed whether Plaintiff has retained new counsel. It is well-established that artificial entities, including LLCs, may not appear in federal court without licensed counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007).

Accordingly, the parties shall submit a joint status report no later than **November 9, 2021** updating the Court on whether Plaintiff has retained substitute counsel.

**SO ORDERED.**

**Dated**: November 2, 2021
         New York, New York

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**