UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FRONTO KING, LLC,

                *Plaintiff*,

    -against-

ANBAR TALAL D/B/A FRONTO LEAF MASTER,
AND D/B/A FRONTO MASTER,

                *Defendants*.

-------------------------------------------------------------------- x

1:20-cv-08035 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ORDERED to file a joint status report by October 27, 2023.

**SO ORDERED.**

**Dated:**    **October 19, 2023**
             **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**